**DENIED and Opinion Filed August 20, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00801-CV**

**IN RE SANTIAGO MARTINEZ, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-18712**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

In his July 3, 2024 petition for writ of mandamus, relator seeks relief from the trial court's denial of his motion to modify temporary orders.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Additionally, based on our review, relator's petition and its attached

appendix contain unredacted sensitive data—such as a minor's full name—in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and its attached appendix.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240801F.P05